UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No.: 1:98CV102 RWS |
| POTASHNICK CONSTRUCTION, INC, et al., ) ) ) ) | |
| Defendants. ) | |

## ORDER

Now on this day this cause comes for hearing upon Plaintiff's motion to revive the judgment and judgment lien entered in this Court against Defendants Potashnick Construction Inc., Larry E. Dunger, Dennis R. Underwood, and Raymond L. Brown on March 22, 2000. Plaintiff represents to the Court, and the record shows that an Order to Show Cause issued out of this Court why said judgment should not be revived against Defendants; that said Defendants were duly and timely served with said Order; that attorney Richard G. Steele appeared as counsel for said Defendants and made no objection to Plaintiff's motion; and the Court, being fully advised in the premises, finds that said judgment and judgment lien should be revived against Defendants, each and all of them, jointly and severally, Potashnick Construction Inc., Larry E. Dunger, Dennis R. Underwood, and Raymond L. Brown.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that said judgment stands revived against Defendants Potashnick Construction, Inc., Larry E. Dunger, Dennis R. Underwood, and Raymond L. Brown in the amount of One Million

Two Hundred Thirty Six Thousand Seven Hundred Thirty Three Dollars and Twenty Seven Cents ($1,236,733.27), plus interest calculated from the date of judgment until fully paid, plus court costs, and that the lien thereof likewise stands revived and continued against the said defendants and their property as provided by law.

SO ORDERED, this 14th day of February, 2007

_____
United States District Judge Catherine D. Perry